[Cite as *Sedgwick CMS v. Ohio Dept. of Transp.*, 2011-Ohio-4376.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

SEDGWICK CMS

      Plaintiff

      v.

ODOT

      Defendant

      Case No. 2011-04118-AD

Deputy Clerk Daniel R. Borchert

## ENTRY OF DISMISSAL

{¶1} On March 23, 2011, this court issued an entry ordering plaintiff entity to obtain counsel to proceed with this claim, to file a notice of appearance, and an amended complaint with this court.  Plaintiff entity was also ordered to submit the $25 filing fee or a poverty statement.  Plaintiff entity has failed to comply with the court orders.  Therefore, plaintiff entity's action is DISMISSED without prejudice pursuant to Civ.R. 41.  The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Sedgwick CMS
Collette Lee

Case No. 2011-04118-AD        - 2 -        ENTRY

Case No. 2011-04118-AD        - 2 -        ENTRY

P.O. Box 14446
Lexington, Kentucky  40512

DRB/laa
Filed 5/26/11
Sent to S.C. reporter 8/26/11